**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS**

League of Women Voters of Ohio,

       Plaintiff(s),

vs                                   Case No. 2:26-cv-177

Frank LaRose, Ohio Secretary of State,

       Defendant(s).

**CERTIFICATE OF MAILING BY CLERK**

**Certified mail service** has been done by the Clerk, U.S. District Court on February 23, 2026. A copy of the complaint and issued summons was sent to the following location:

            **Frank LaRose, Ohio Secretary of State
180 Civic Center Drive
Columbus, OH 43215
(7016 1370 0000 7859 3896)**

            **Richard W. Nagel, Clerk**

         By:   /s/Kevin W.
              Kevin W., Deputy Clerk