**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **LEAGUE OF WOMEN VOTERS OF OHIO, and COUNCIL ON AMERICAN-ISLAMIC RELATIONS – NORTHERN OHIO,** : : : : : | **Case No. 2:26-cv-00177** |
| *Plaintiffs,* : : | **Judge Michael H. Watson** |
| v. : : | **Mag. Judge S. Courter M. Shimeall** |
| **FRANK LAROSE, in his official capacity as Ohio Secretary of State,** : : : | |
| *Defendant.* : | |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

As supplemental authority to his motion to dismiss, *see* Doc. No. 10, Defendant Frank LaRose hereby files a decision of the U.S. Court of Appeals for the Ninth Circuit, attached hereto as Exhibit A. Sitting en banc, the Ninth Circuit unanimously held that three non-profits lacked organizational standing to challenge an Arizona voter-registration provision. *See Ariz. All. for Retired Am. v. Mayes*, No. 22-16490 (9th Cir. 2026).

Respectfully submitted,

D. ANDREW WILSON
Ohio Attorney General

*/s/ Ann Yackshaw*
ANN YACKSHAW (0090623)*
        *Counsel of Record*
JULIE M. PFEIFFER (0069792)
STEPHEN P. TABATOWSKI (0099175)
GREGORY A. RUSTICO (0104103)
TYLER W. BLAIR (0095595)
Assistant Attorneys General
Constitutional Offices Section

30 East Broad Street, 16th Floor
Columbus, Ohio 43215
Tel: 614-466-2872 | Fax: 614-728-7592
Ann.Yackshaw@OhioAGO.gov
Julie.Pfeiffer@OhioAGO.gov
Stephen.Tabatowski@OhioAGO.gov
Gregory.Rustico@OhioAGO.gov
Tyler.Blair@OhioAGO.gov

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2026, the foregoing was filed with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties for whom counsel has entered an appearance. Parties may access this filing through the Court's system.

*/s/ Ann Yackshaw*
ANN YACKSHAW (0090623)
Assistant Attorney General