**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **LEAGUE OF WOMEN VOTERS OF OHIO, and COUNCIL ON AMERICAN-ISLAMIC RELATIONS – NORTHERN OHIO,** | : | **Case No. 2:26-cv-177** |
| **Plaintiffs,** | : | **Judge Michael H. Watson** |
| **v.** | : | **Mag. Judge S. Courter M. Shimeall** |
| **FRANK LAROSE, in his official capacity as Ohio Secretary of State,** | : | |
| **Defendant.** | : | |

## MOTION FOR EXTENSION

Defendant LaRose respectfully moves for a two-week extension of time to respond to the proposed motion for protective order governing the Franklin County Board of Elections' production of confidential voter information. Doc. No. 33. Defendant was ordered to file a notice within seven days "indicating any opposition to Plaintiffs' Motion." *See* Notation Order (Aug. 25, 2026). Defendant seeks a two-week extension of this order, until September 15, 2026, to file a notice indicating any opposition to the proposed motion for protective order.

Good cause supports Defendant's motion for extension of time. The motion for protective order states that the Franklin County Board of Elections may produce documents designated as "CONFIDENTIAL – FCBOE VOTER INFORMATION" if the documents contain confidential voter information. Doc. No. 33 at PageID 372. Although the protective order defines "confidential

voter information," *see id*. at PageID 373, Defendant is unable to discern from the proposed protective order what documents the Franklin County Board of Elections intends to produce as "confidential voter information." Defendant cannot take any position on the protective order until Defendant can determine the documents to which the protective order will apply. Undersigned counsel has unsuccessfully contacted listed counsel for the Board of Elections three times since the filing of this motion for protective order. Defendant therefore requests a two-week extension of time to determine which documents the Franklin County Board of Elections will produce and designate as "confidential voter information" under the proposed protective order.

This motion is not made for the purpose of delay, and this is Defendant's first motion for extension. This motion will not affect the case schedule: discovery does not close until April 6, 2027. Doc. No. 26 at PageID 261. The requested extension thus poses no risk of prejudice or undue delay. On the other hand, the disclosure of voter information raises serious privacy concerns. *See Project Vote, Inc. v. Kemp*, 208 F. Supp. 3d 1320, 1345 (N.D. Ga.2016) (noting that "an individual could be deterred from registering if his confidential information were subject to public disclosure"). As Ohio's chief elections official, Defendant is obliged to ensure that confidential voter information is protected from improper disclosure and abuse. The requested extension thus promotes the safekeeping of what both state and federal law recognize as sensitive voter information.

Undersigned counsel contacted counsel for Plaintiffs about the relief requested in this motion, and Plaintiffs do not agree to the requested two-week extension.

For these reasons, Defendant respectfully requests that this Court grant his motion and extend the deadline for Defendant to file a notice indicating any opposition to Plaintiffs' motion for protective order for two weeks, until September 15, 2026.

Respectfully submitted,

D. ANDREW WILSON
Ohio Attorney General

*/s/ Ann Yackshaw*
ANN YACKSHAW (0090623)*
**Counsel of Record*
JULIE M. PFEIFFER (0069792)
STEPHEN P. TABATOWSKI (0099175)
GREGORY A. RUSTICO (0104103)
TYLER W. BLAIR (0095595)
Assistant Attorneys General
Constitutional Offices Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
Tel: 614-466-2872 | Fax: 614-728-7592
Ann.Yackshaw@OhioAGO.gov
Julie.Pfeiffer@OhioAGO.gov
Stephen.Tabatowski@OhioAGO.gov
Gregory.Rustico@OhioAGO.gov
Tyler.Blair@OhioAGO.gov

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2026, the foregoing was filed with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties for whom counsel has entered an appearance. Parties may access this filing through the Court's system.

*/s/ Ann Yackshaw*
ANN YACKSHAW (0090623)
Assistant Attorney General