**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**League of Women Voters of Ohio, *et al*.,**

**Plaintiff,**

**v.**

**Frank LaRose**

**Defendants.**

**Case No. 2:26-cv-00177**
**Judge Michael H. Watson**
**Magistrate Judge S. Courter M. Shimeall**

## NOTICE OF HEARING

**TAKE NOTICE** that a Telephonic Discovery Conference will be held before the Honorable S. Courter M. Shimeall on **October 1, 2026, at 10:00 AM**. The parties are directed to call **1-551-285-1373**, and enter Zoom Meeting ID **161-603-4081#**. The Participant ID and Meeting Passcode are both **581746#**.

**DATE: September 28, 2026**

***s/ Wendy McCormick***
Wendy McCormick, Courtroom Deputy
Wendy_McCormick@ohsd.uscourts.gov
614-719-3461