**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**League of Women Voters of Ohio, *et al.*,**

**Plaintiffs,**

**v.**

**Frank LaRose,**
***in his official capacity as the Ohio Secretary of State,***

**Defendant.**

**Case No. 2:26-cv-177**

**Judge Michael H. Watson**

**Magistrate Judge Shimeall**

**ORDER**

Plaintiffs' motion to strike, ECF No. 44, is **GRANTED** insofar as the Court will disregard all argument contained in Defendant's notice of supplemental authority, ECF No. 42. The Court will consider ECF No. 42 only to the extent it cites to *Red Wine & Blue v. LaRose*, No. 26-3813, 2026 WL 2922945 (6th Cir. Sept. 23, 2026), which the Court will read and interpret for itself. Because the Court will consider the citation to the case, however, the Clerk is **DIRECTED** not to formally strike ECF No. 42 from the docket.

Plaintiffs' motion for leave to respond is **DENIED AS MOOT** given that the Court will not consider Defendant's improperly included argument. Should the Court require briefing from the parties about the impact of *Red Wine & Blue*, it will order the same.

**IT IS SO ORDERED.**

Michael H. Watson

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**